✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Johnson Brothers Liquor Company;
Johnson Brothers Northwest Beverages, Inc.,
d/b/a Ed Phillips & Sons Co. of North Dakota;
and Johnson Brothers Famous Brands, Inc.,
d/b/a Famous Brands and/or Western
Wholesale;

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Case Number: 12-144 ADM/AJB

Brown-Forman Corporation,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Brown-Forman's Motion to Dismiss [Docket No. 13] is **GRANTED**;

2. Count IV of the Complaint is **DISMISSED WITHOUT PREJUDICE**; and

3. Counts I, II, III, and V of the Complaint are **DISMISSED WITH PREJUDICE**.

| June 18, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ M. Price |
| | (By)　　　　　M. Price　Deputy Clerk |